IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES HICKS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>T. BZOSKIE, et al.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-1234 DAD CSK P<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO OPT IN OR OUT OF SETTLEMENT CONFERENCE |

　　　Plaintiff is a state prisoner proceeding pro se. On September 30, 2025, defendants requested an extension of time until November 16, 2025 in which to opt in or out of the settlement conference.

　　　Good Cause appearing, IT IS HEREBY ORDERED that:

　　1.　Defendants' motion (ECF No. 27) is granted; and

　　2.　Defendants have up to and including November 16, 2025, to opt in or out of settlement conference.

Dated:  October 17, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CHI SOO KIM
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/1/hick1234.eot