IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL JAMES HICKS,** | Case No. 2:25-cv-01234 DAD CSK P |
| Plaintiff, | [**PROPOSED**] ORDER GRANTING DEFENDANTS' REQUEST TO OPT OUT OF EARLY ADR |
| v. | |
| **T. BZOSKIE, et al.,** | |
| Defendants. | |

  Plaintiff is a state prisoner proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983. On November 14, 2025, all defendants filed a motion to opt out of the referral to the Court's Post-Screening Early ADR ("Alternative Dispute Resolution"). (ECF No. 29.) After reviewing defendants' request, and good cause appearing, defendants' motion to opt out is granted. The stay of this action is lifted, and defendants shall file their responsive pleading within thirty days from the date of this order.

  Good cause appearing IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 29) is granted.
2. The Court's stay of this action (ECF No. 23) is lifted.

3. Within thirty days from the filing of this order, defendants shall file a response to the complaint (ECF No. 1).

Dated: November 18, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/hick1234.opt