UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JAMES HICKS,

   Plaintiff,

  v.

T. BZOSKIE, et al.,

   Defendants.

No.  2:25-cv-1234 DAD CSK P

ORDER

   Plaintiff is a state prisoner proceeding pro se.  Plaintiff filed a motion for limited discovery, a request for law library access, and a motion for extension of time to file an opposition to defendants' pending motion to dismiss.  The Court addresses plaintiff's motions below.

I.  Motion for Limited Discovery

   On January 23, 2026, the Court granted defendants' motion to stay discovery pending resolution of their motion to dismiss this action based on plaintiff's alleged failure to exhaust his administrative remedies.  (ECF No. 34.)  In his motion for limited discovery, plaintiff claims he needs a copy of his complaint filed in his previous case, Hicks v. S. Gates, No. 2:24-cv-0054 DJC DMC (E.D. Cal.).  Ordinarily, the Court does not provide copies of documents to pro se litigants without prepayment of copying charges.  But in the interest of judicial economy, the Court will provide plaintiff with a copy of his prior complaint.  Plaintiff is cautioned that in the future, he

1

will be required to pay for copies of pleadings.[1]  Plaintiff's motion is granted.

II.    Request for Law Library Access

Plaintiff states that the law library where he is currently housed is undergoing renovation, requiring him to use the institutional external mail system without any type of verification of submitted photocopy requests or legal supply requests.  (ECF No. 36 at 1.)  Plaintiff claims he has numerous critical documents demonstrating exhaustion, as well as an ongoing need for legal supplies.  (Id. at 2.)  Plaintiff seeks an order granting him physical access to the prison's law library.  (Id.)

First, plaintiff previously provided copies of documents he contended demonstrate he exhausted administrative remedies.  (ECF No. 13.)  Plaintiff is not required to re-submit documents already filed with the court.  Second, the record reflects that the prison's alternative methods used during the library's renovation period are effective; plaintiff has successfully filed three motions, demonstrating that he has access to legal supplies and his filings reach the Court.  Third, plaintiff does not need to provide exhibits to his opposition; he may reference the administrative grievance log number and date of decision he contends exhausted his administrative remedies.  Thus, plaintiff's motion is denied without prejudice.

III.    Motion for Extension of Time

Plaintiff has been rehoused several times during which his copy of defendants' motion to dismiss was lost.  Plaintiff claims he sought a copy of the motion from defendants' counsel on January 12, 2026, but needs additional time to oppose the motion.  Good cause appearing, plaintiff's motion for extension of time is granted.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's January 23, 2026 motion (ECF No. 35) is granted; the Clerk of the Court is directed to send plaintiff a copy of his complaint filed in Hicks v. S. Gates, No. 2:24-

---

[1]  The Clerk's Office will provide copies of documents and of the docket sheet at $0.50 per page. Checks in the exact amount are made payable to "Clerk, USDC."  Plaintiff's in forma pauperis status does not include the cost of copies.  Copies of documents in cases may also be obtained by printing from the public terminals at the Clerk's Office or by contacting Cal Legal Support Group at: 3104 "O" Street, Suite 291, Sacramento, CA 95816, phone 916-822-2030, fax 916-400-4948.

cv-0054 DJC DMC (E.D. Cal.) (ECF No. 1).

2.  Plaintiff's January 23, 2026 request (ECF No. 36) is denied without prejudice.

3.  Plaintiff's January 23, 2026 motion for an extension of time (ECF No. 37) is granted.

4.  Plaintiff is granted thirty days from the date of this order in which to file an opposition to the motion to dismiss (ECF No. 31).

Dated:  February 02, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/hick1234.36+

3