UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES HICKS, Plaintiff, v. T. BZOSKIE, et al., Defendants. | No. 2:25-cv-1234 DAD CSK P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. On August 3, 2026, plaintiff filed a document styled, "Complaint of Attorney Misconduct Request for Sanctions." (ECF No. 56.) Plaintiff appended a copy of a letter from an attorney with the Office of the Attorney General who is not and has not been attorney of record for any defendant in this case, although she formerly represented other defendants in plaintiff's prior cases. (ECF No. 56 at 4.) The attorney asked plaintiff to cease contacting her in connection with plaintiff's currently pending cases, and requested plaintiff communicate with the assigned defense counsel in those cases instead. (Id.) Plaintiff concedes that he did repeatedly contact this attorney, but solely with the intent to reach a global settlement of his cases pending in this court. However, this attorney is also not assigned to plaintiff's other pending case, Hicks v. Schultz, No. 2:26-cv-1673 DMC (E.D. Cal.); indeed, the case has not yet been served on any defendant, so no attorney has been assigned to represent the defendants named in that action. No. 2:26-cv-1673 DMC (See Docket).

While plaintiff finds the attorney's letter to be "harassing and insulting in its language as if his intent was to 'stalk' this female attorney," and asks this Court to sanction the attorney for "unprofessional conduct," this Court does not agree. Because the attorney is not associated with either of plaintiff's two cases pending in this court, it is inappropriate for plaintiff to contact her rather than the defense attorney assigned to the particular case. There is nothing unprofessional about this attorney asking plaintiff to stop contacting her when she has no legal role in either case. Further, because this attorney does not represent any defendant in this action, this Court has no authority to sanction her, even if the Court were inclined to do so, which it is not. Plaintiff's motion for sanctions is frivolous and baseless, and is denied. Plaintiff is cautioned to refrain from filing such motions in the future.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 56) is denied.

Dated: August 11, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/hick1234.sanc