UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JAMES HICKS,

Plaintiff,

v.

T. BZOSKIE, et al.,

Defendants.

No. 2:25-cv-01234-DAD-CSK P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

(Doc. No. 8)

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 8, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for a preliminary injunction, included within his original complaint filed in this action, be denied. (Doc. No. 8.) Specifically, the magistrate judge concluded that in seeking emergency relief in the form of an order requiring that he be assigned to housing in a medical facility specializing in outpatient care, plaintiff had failed to address or establish his likelihood of success on the merits of his claims, that the balance of equities tip in his favor, or that the issuance of an injunction would be in the public interest. (*Id.* at 2–4.) Accordingly, the magistrate judge recommended that plaintiff's motion for a preliminary injunction be denied without prejudice. (*Id.* at 4–5.)

The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 5.)[1] To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on May 8, 2025 (Doc. No. 8) are adopted in full;
2. Plaintiff's motion for preliminary injunctive relief contained within his original complaint (Doc. No. 1) is denied without prejudice; and
3. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **August 31, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The court apologizes for the delay in the issuance of this order. Due to an oversight, the undersigned was unaware that these findings and recommendations were pending before the court until recently.