UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES HICKS, Plaintiff, v. T. BZOSKIE, et al., Defendants. | No. 2:25-cv-1234 DAD CSK P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. On September 3, 2026, the district court adopted the findings and recommendations and referred this case back to this Court. (ECF No. 60.) As noted therein, this case now proceeds solely as to plaintiff's claims against defendants Dr. T. Bzoskie, T. Heng, and J. Garry. (Id. at 3.) Defendants Dr. T. Bzoskie, T. Heng, and J. Garry shall file an answer to plaintiff's verified complaint (ECF No. 1) within 30 days from the date of this order.

Accordingly, IT IS HEREBY ORDERED that Defendants Dr. T. Bzoskie, T. Heng, and J. Garry shall file an answer to plaintiff's verified complaint (ECF No. 1) within 30 days from the date of this order.

Dated: September 4, 2026

Chi Soo Kim

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/hick1234.ans